# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DAVID CZAPIEWSKI,**

    **Plaintiff,**

 **v.**                                               **Case No. 22-CV-435**

**TREVOR KLEMMER,**

    **Defendant.**

## ORDER

On September 15, 2022, *pro se* plaintiff David Czapiewski, who is incarcerated at Green Bay Correctional Institution, filed a motion to compel discovery and a motion for sanctions against the defendant. (ECF No. 24.) That same day he filed a second motion for discovery and a second motion to compel sanctions. (ECF No. 25.) On September 21, 2022, he filed a motion requesting an additional four months to conduct discovery. (ECF No. 26.) On September 26, 2022, he filed a motion to withdraw his pending motions to compel and motions for sanctions. (ECF No. 29.)

The court will grant his motion to withdraw his motions to compel and motions for sanctions. The court will grant in part and deny in part his motion to extend the discovery deadline. Instead of giving him an additional four months, the

court will extend the discovery deadline to January 30, 2023. The dispositive motion deadline is now February 28, 2023.

**IT IS HEREBY ORDERED** that Czapiewski's motion to withdraw his motions to compel and motions for sanctions (ECF No. 28) is **GRANTED**.

**IT IS FURTHER ORDERED** that Czapiewski's motions to compel and motions for sanctions (ECF Nos. 24, 25) are **WITHDRAWN.**

**IT IS FURTHER ORDERED** that Czapiewski's motion for extension of the discovery deadline (ECF No. 26) is **GRANTED in part and DENIED in part**. The discovery deadline is now **January 30, 2023,** and the dispositive motion deadline is now **February 28, 2023.**

Dated at Milwaukee, Wisconsin this 30th day of September, 2022.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge